IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**JAHLIL WILLIAMS** | **CRIMINAL ACTION**<br><br>**NO. 23-540-KSM-1** |

### ORDER

    **AND NOW**, this 31st day of July, 2025, upon consideration of Defendant Jahlil Williams's Motion to Suppress Evidence from the Search of 2019 Black Ford Fusion (Doc. No. 81), the Government's response in opposition (Doc. No. 82), Defendant's reply in support (Doc. No. 91), and the evidence presented and arguments made during the July 14, 2025 evidentiary hearing, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion to Suppress Evidence from the Search of 2019 Black Ford Fusion (Doc. No. 81) is **DENIED**.

    IT IS SO ORDERED.

                                                     */s/ Karen Spencer Marston*
                                                   _____
                                                   KAREN SPENCER MARSTON, J.